```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorney

     1301 Clay Street, Suite 340S
     Oakland, California 94612
     Telephone: (510) 637-3695
     FAX: (510) 637-3724
     E-Mail: adam.reeves@usdoj.gov
```

FILED

Sep 09 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>ANSELMO CORRAL,<br><br>   Defendant. | No. 4:21-mj-71431-MAG<br><br>**NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(C)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE** |

   Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about September 8, 2021, the above-named defendant was arrested based upon an arrest warrant dated December 4, 2019 (see attached) issued upon on

  ☐ Indictment
  ☐ Information
  ☐ Criminal Complaint
  ■ Other (describe): Failure to Appear for Initial Appearance for Traffic Citation

pending in the Eastern District of California, Case Number 6:18-PO-00448JDP.

   In that case, the defendant is charged with violation of 36 CFR 4.2 and CVC 14001.1 for "Driving Behind Suspension" for "DUI."

////

Pursuant to 18 U.S.C. §3148, a person who has been released and fails to appear is subject to a revocation of release, and order of detention, and a prosecution for contempt of court. Pursuant to 18 U.S.C. § 3147, the maximum sentence for a conviction for failure to appear for a misdemeanor is not more than one year in prison.

DATED: September 9, 2021  Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Adam A. Reeves*

ADAM A. REEVES
Assistant United States Attorney

NOTICE OF PROCEDURES ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULE 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>ANSELMO CORRAL<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 6:18-PO-00448JDP |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Anselmo Corral                                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☒ Order of the Court

This offense is briefly described as follows:

Failure to appear.


Date:     12/04/2019                                            /s/ Jeremy D. Peterson
                                                                        *Issuing officer's signature*

City and state:   Yosemite, California                U.S. Magistrate Judge Jeremy D. Peterson
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br>                                                                        *Arresting officer's signature*<br><br>                                                                        *Printed name and title* |

# United States District Court
## Violation Notice

| | | |
|---|---|---|
| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
| CA06 | 6811852 | J. DURANT | #527 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☒ State Code |
|---|---|
| 2040  5/5/18 | 36 CFR 4.2 / CVC 14601.1 |

Place of Offense: MERCED GROVE

Offense Description: Factual Basis for Charge: DRIVING BEHIND SUSPENSION DUI

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | Phone: 51-712-7098 |
|---|---|---|
| CORRAL | ANSELMO | M1 |

Street Address: 1052 WAWONA ST
City: MANTECA   State: CA   Zip Code: 95337

Drivers License No: C5751380   CDL ☐   D.L. State: CA   Social Security No.   Date of Birth (mm/dd/yyyy)

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BLK BRN   Eyes: BRN   Height: 5'9"   Weight: 196

### VEHICLE   VIN:

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 75QUSZ1 | CA | 02 | CHEV | | RED |

#075

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT → $ _____ Forfeiture Amount
                              +$30 Processing Fee
                   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____

Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: A. Corral

(Rev. 09/2015)   Original - CVB Copy

---

Case 6:18-po-00448-JDP   Document 1-1   Filed 08/28/18   Page 1 of 1
6811852
CVB SCAN 07/18/2018 14:56

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____.

_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)   _____ Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 07/18/2018 14:56

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 05/05/, 2018 while exercising my duties as a law enforcement officer in the Eastern District of California
I was on vehicle patrol in the Crane Flat sub-district of Yosemite National Park when I observed a maroon Chevy Tahoe crossing over the center line. I conducted a traffic saftey enforcement stop on the vehicle at Merced Grove on Highway 120 west and identified the driver as Anselmo CORRAL. A DMV records check showed that CORRALL was supended three times for DUI with good service. I cited CORRALL to court for a violation of Title 36 Code of Federal Regulations 4.2 adopting California Vehicle Code 14601.1 for driving behind a dui suspension.
Video: YES
Cite: 6811852
Area: CA76

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/10/2018        #527
            Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
            Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVB SCAN 07/18/2018

Case 6:18-po-00448-JDP   Document 1-2   Filed 08/28/18   Page 1 of 1