Case 4:21-mj-71431-MAG   Document 4   Filed 09/09/21   Page 1 of 2

FILED
Sep 09 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
55 S. Market St., Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Dejan_Gantar@fd.org

Counsel for Defendant CORRAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANSELMO CORRAL,<br><br>  Defendant. | Case No.: MJ 21–71431 MAG (NC)<br><br>**ORDER OF RELEASE** |

Good cause appearing, and for the reasons set forth on the record at Defendant's initial appearance on September 9, 2021, IT IS ORDERED that the United States Marshal release defendant Anselmo Corral from custody forthwith.

It is further ORDERED that Defendant appear for his next scheduled court appearance before the magistrate court in the Eastern District of California, Case No. 6:18-PO-00448 JDP, via video teleconference, on September 15, 2021 at 10:00 a.m. If the magistrate calendar on that date does not proceed, Defendant is ORDERED to appear before the magistrate court, via video teleconference, in

////

////

[PROPOSED] ORDER OF RELEASE

1

the Eastern District of California on September 22, 2021 at 10:00 a.m.

IT IS SO ORDERED.

DATED: September 9, 2021



_____
Hon.
United

cc: USMS

[PROPOSED] ORDER OF RELEASE